UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

DAVID BAUER,

    Plaintiff,

vs.                                  CASE NO.: 8:12-CV-614-SDM-TGW

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.
_____/

## UNSWORN DECLARATION OF COSTS AND ATTORNEY'S TIME EXPENDED

Attorney Timothy Condon hereby personally appears and states as follows:

1. I am a practicing attorney Tampa, Florida; I have been a member of the Florida Bar in good standing since 1976, and have continuously practiced law in the Tampa Bay area since January 4, 1982.

2. I represent the plaintiff in the above action and have expended time as reflected by the time records attached; those records are provided in two forms, first in chronological order and secondly grouped by activity code for convenient review and assessment by the Court. The activity codes are translated on row two of the first/chronological time list; various abbreviations are translated in column D of the same time list, e.g. on rows 4, 5, 14, 38, 39, and 40.

3. In order to further clarify the time entries—due to the unusual nature of the action originally consisting of three separate lawsuits—the following dates/events are highlighted in the first/chronological time list: Date of filing the 3 lawsuits in state court (row 37); date of Court's order consolidating the 3 actions (row 79); date mediation settlement report filed with the Court (row 166). Similarly, in the second, activity code time report, the totals for time expended on administrative tasks, communicating, conferring, drafting, researching, and reviewing are all highlighted at rows 6, 104, 110, 138, 145, and 203 respectively.

4. Taxable costs incurred in the above action are as follow:

**EXHIBIT "A"**

```
FILING FEE..........................$  930.00  (3 separate actions filed in state court,
                                                later consolidated in federal court)
SERVICE OF PROCESS.............$  120.00  (service of process in 3 actions)
         TOTAL.....$1,050.00
```

5. My fee rate for legal services provided after January 4, 2012 is $400 per hour; I have expended 71.7 hours in the above-captioned action, of which 3.4 were for administrative tasks; accordingly, billable time in the action total 63.4 hours, for total fees requested in the amount of $27,320.

6. My client and I have agreed that I will accept as payment in full whatever fees and costs are awarded as reasonable by the Court.

I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct. Executed on:

___9-7-12___  
DATE

___[signature]___  
BY: Timothy Condon, Esq.

**EXHIBIT "A"**

| | DATE | TIME | ACTIVITY CODES: | NOTES |
|---|---|---|---|---|
| 1 | | | | |
| 2 | ACTIVITY | | | admin, "administrative activities"; comm, "communicating"; draf, "drafting"; resear, "researching"; rev, "reviewing". |
| 3 | | | | |
| 4 | 1/16/12 | 0.1 | comm | RR ("Receive and review") em ("email") fm ("from") client; pas ("prepare and send") responding em. |
| 5 | 1/16/12 | 0.3 | rev | RR em & docs fm client. |
| 6 | 1/25/12 | 0.1 | comm | Pas em to client. |
| 7 | 1/25/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 8 | 1/25/12 | 0.4 | rev | RR copy of pp ("proposed") cx ("complaint") fm client. |
| 9 | 1/31/12 | 0.1 | rev | RR em fm client. |
| 10 | 2/3/12 | 0.1 | comm | Pas em to client. |
| 11 | 2/3/12 | 0.1 | rev | RR em fm client. |
| 12 | 2/3/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 13 | 2/3/12 | 0.2 | rev | Reviewing credit reports sent by client. |
| 14 | 2/3/12 | 0.3 | rev | RR multi-page TU ("TransUnion") cred rprt ("credit report") sent by client. |
| 15 | 2/3/12 | 0.5 | comm | TC client re suits, causes of acj. |
| 16 | 2/5/12 | 0.1 | comm | Pas em to client. |
| 17 | 2/5/12 | 0.1 | comm | Pas em to client. |
| 18 | 2/5/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 19 | 2/5/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 20 | 2/5/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 21 | 2/5/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 22 | 2/5/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 23 | 2/5/12 | 0.2 | comm | RR em fm client; pas responding em to client. |
| 24 | 2/5/12 | 0.2 | resear | Search, locate & print corp info re D. |
| 25 | 2/5/12 | 0.3 | comm | Pas em to client. |
| 26 | 2/5/12 | 0.3 | comm | RR em fm client; pas responding em. |
| 27 | 2/5/12 | 0.3 | comm | RR em fm client; pas responding em. |
| 28 | 2/5/12 | 0.3 | draf | Revising draft of cx. |
| 29 | 2/5/12 | 0.4 | comm | RR em fm client; pas responding em in detail. |
| 30 | 2/5/12 | 2.5 | draf | Drafting cx; re-drafting after further info recei fm client. |
| 31 | 2/6/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 32 | 2/8/12 | 0.1 | rev | RR em fm client. |
| 33 | 2/16/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 34 | 2/17/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 35 | 2/17/12 | 0.1 | rev | RR costs ck sent by client. |
| 36 | 2/17/12 | 0.2 | comm | RR em fm client; pas em to him; nf. |
| 37 | 2/25/12 | | | **ALL THREE LAWSUITS FILED IN STATE COURT** |
| 38 | 3/1/12 | 0.1 | comm | RR em fm opc ("opposing counsel"); pas responding em. |
| 39 | 3/1/12 | 0.1 | draf | Note to file re tc ("telephone confersation") w ("with") opc. |
| 40 | 3/1/12 | 0.2 | comm | RR vm ("voice mail") fm opc; call and speak with opc. |
| 41 | 3/2/12 | 0.1 | rev | RR em fm client. |
| 42 | 3/6/12 | 0.1 | comm | Pas em to client. |
| 43 | 3/6/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 44 | 3/8/12 | 0.4 | comm | RR vm and em fm opc; ac ("attempt to call") opc, leave vm; pas em to opc; pas em to client. |
| 45 | 3/11/12 | 0.1 | rev | RR em fm opc. |
| 46 | 3/12/12 | 0.1 | rev | RR rop 4 svc of c&s. |
| 47 | 3/22/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 48 | 3/26/12 | 0.3 | comm | RR em fm client; pas responding em. |
| 49 | 3/26/12 | 0.3 | rev | RR ntc to st ("state") crt ("court") of removal, docs filed w fed crt. |
| 50 | 3/26/12 | 3.0 | resear | Researching fed law re various issues relating to multiple actions filed. |
| 51 | 3/27/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 52 | 3/27/12 | 0.8 | draf | Prp ("Prepare") & file ntc ("notice") of pendency of related acjs ("actions"). |
| 53 | 3/27/12 | 1.5 | draf | Prp ntc of related cases & mot 2 xfer; prp em to opc; nf. |
| 54 | 3/28/12 | 0.1 | comm | RR em fm opc. |
| 55 | 3/28/12 | 0.1 | rev | RR em fm opc. |

| | DATE | TIME | ACTIVITY | NOTES |
|---|---|---|---|---|
| 1 | | | | |
| 2 | ACTIVITY | | CODES: | admin, "administrative activities"; comm, "communicating"; draf, "drafting"; resear, "researching"; rev, "reviewing". |
| 56 | 3/28/12 | 0.3 | comm | RR 2 emails fm diff opc's; pas responding ems to each. |
| 57 | 3/28/12 | 0.3 | comm | Several ems back & forth w opc re form of mot 2 xfer. |
| 58 | 3/28/12 | 0.4 | comm | Pas em to opc re stlmt ("settlement"), other mtrs ("matters"); pas em to client. |
| 59 | 3/28/12 | 0.6 | comm | Finalize mots ("motions") & ntcs ("notices") re xferring ("transferring") cases; prp for filing pprs online. |
| 60 | 3/28/12 | 0.7 | draf | Prp em in resp to em recei fm opc re various issues. |
| 61 | 3/28/12 | 1.5 | resear | Legal rsrch on protective orders & confidentiality agrmts. |
| 62 | 3/29/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 63 | 3/29/12 | 0.1 | rev | RR O on mot 4 extension of time. |
| 64 | 3/29/12 | 0.3 | comm | RR em fm client; pas responding em. |
| 65 | 4/11/12 | 0.2 | admin | Filing mot w cm/ecf system. |
| 66 | 4/11/12 | 0.3 | comm | AC opc; tc opc; nf. |
| 67 | 4/11/12 | 0.3 | comm | Pas em to opc re CMC. |
| 68 | 4/11/12 | 1.5 | draf | Prp mot to consolidate. |
| 69 | 4/18/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 70 | 4/18/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 71 | 4/20/12 | 0.1 | rev | RR cm/ecf adf for 614 case. |
| 72 | 4/20/12 | 0.1 | rev | RR cm/ecf adf for 615 case. |
| 73 | 4/24/12 | 0.1 | comm | RR em fm opc; as em to opc. |
| 74 | 4/24/12 | 0.3 | comm | Pas em to opc with copy of rough CMR ("Case Management Report"); pas em to client. |
| 75 | 4/24/12 | 1.0 | draf | Prp rough draft of CMR for CMC ("Case Management Conference"). |
| 76 | 4/25/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 77 | 4/25/12 | 0.2 | comm | Pas em to opc w revised CMR; pas em to client. |
| 78 | 4/25/12 | 0.8 | conf | Pfa ("Prepare for and attend") Rule 26 phone conf w opc. |
| 79 | 5/14/12 | | ORDER | ENTERED CONSOLIDATING THREE ACTIONS. |
| 80 | 5/15/12 | 0.1 | rev | RR O entered by crt re mot 2 consolidate. |
| 81 | 5/15/12 | 0.2 | comm | Pas em to client re O, amded cx. |
| 82 | 5/15/12 | 3.8 | draf | Prp ("Prepare") amded ("amended") cx. |
| 83 | 5/16/12 | 0.1 | comm | Another tc w client. |
| 84 | 5/16/12 | 0.1 | comm | Pas em to client. |
| 85 | 5/16/12 | 0.1 | comm | TC client re amded cx. |
| 86 | 5/16/12 | 0.1 | rev | RR cm/ecf ntc re amded cx. |
| 87 | 5/16/12 | 0.1 | rev | RR cm/ecf ntc re CMR filed. |
| 88 | 5/16/12 | 0.2 | admin | Prp CMR for filing & file in cm/ecf system. |
| 89 | 5/16/12 | 0.2 | draf | Finalize CMR. |
| 90 | 5/16/12 | 0.3 | draf | Revise and finalize amded cx. |
| 91 | 5/16/12 | 0.5 | admin | Print, sign, scan, prp for filing, and file amded cx. |
| 92 | 5/19/12 | 0.3 | rev | RR O ("order") & various ntcs regarding consolidation of 3 acjs. |
| 93 | 6/4/12 | 0.1 | rev | RR cm/ecf ntc. |
| 94 | 6/6/12 | 0.3 | rev | RR cm/ecf ntc and case mgmt ("management") & scheduling O. |
| 95 | 6/9/12 | 0.5 | comm | RR em fm opc re protective O; pas responding em; nf ("note to file"). |
| 96 | 6/11/12 | 0.2 | comm | Pas em 2 client re O referring case 2 mediaj |
| 97 | 6/11/12 | 0.3 | rev | RR O referring case to mediation. |
| 98 | 6/11/12 | 0.2 | comm | Pas em to client re O referring case to mediation. |
| 99 | 6/11/12 | 0.2 | rev | RR em/ecf O referring case to mediation. |
| 100 | 6/13/12 | 0.5 | rev | RR adf to amded cx. |
| 101 | 6/20/12 | 0.2 | rev | RR corr ("correspondence") and info fm mediator Peter Grilli |
| 102 | 6/20/12 | 0.6 | draf | Prp and file ntc of mediation in compliance with the court's order. |
| 103 | 6/20/12 | 0.5 | comm | Pas em to client re mediation. |
| 104 | 6/20/12 | 0.1 | rev | RR cm/ecf ntc. |
| 105 | 6/21/12 | 0.1 | rev | RR em fm opc re Rule 26 disclosures. |
| 106 | 6/21/12 | 1.2 | draf | Assemble docs and prp Rule 26 disclosures; prp corr to opc |
| 107 | 6/21/12 | 1.5 | draf | Prp 1st RFP and interrogs; pas with email to opc. |
| 108 | 6/21/12 | 0.1 | rev | RR em fm opc. |
| 109 | 6/24/12 | 0.1 | rev | RR em fm client. |

| | DATE | TIME | ACTIVITY | NOTES |
|---|---|---|---|---|
| 1 | | | ACTIVITY CODES: | admin, "administrative activities"; comm, "communicating"; draf, "drafting"; resear, "researching"; rev, "reviewing". |
| 2 | | | | |
| 110 | 7/19/12 | 0.3 | comm | Two tc's w opc re discovery, Rule 26 disclo ("disclosure"), mediation |
| 111 | 7/19/12 | 0.2 | comm | RR em fm opc; pas responding em; nf. |
| 112 | 7/19/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 113 | 7/19/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 114 | 7/19/12 | 0.5 | comm | RR em fm client; pas em to opc; pas em to client. |
| 115 | 7/19/12 | 1.5 | draf | Drafting corr to mediator prior to mediation |
| 116 | 7/20/12 | 0.1 | comm | AC opc re Rule 26 disclosures. |
| 117 | 7/21/12 | 0.3 | comm | Pas good faith em to opc; nf. |
| 118 | 7/21/12 | 1.0 | draf | Prp mot to compel Rule 26 disclosures and for sanctions, to be filed if no resolution. |
| 119 | 7/23/12 | 0.4 | comm | RR and respond to several emails from opc re mediation, discovery, scheduling |
| 120 | 7/24/12 | 0.1 | comm | TC opc. |
| 121 | 7/24/12 | 0.5 | rev | RR some records fm D ("defendant"). |
| 122 | 7/24/12 | 0.1 | comm | AC opc. |
| 123 | 7/24/12 | 0.6 | rev | RR additional records fm D. |
| 124 | 7/24/12 | 0.6 | comm | TC w opc re case, records, upcoming mediation. |
| 125 | 7/24/12 | 0.2 | comm | Pas em to opc. |
| 126 | 7/24/12 | 0.2 | rev | Rev interrogatories previously propounded to Midland. |
| 127 | 7/24/12 | 0.1 | comm | Pas em to client. |
| 128 | 7/24/12 | 0.3 | comm | TC client prior to telecon with opc. |
| 129 | 7/24/12 | 0.5 | comm | Long tc w client re negotiations, mediation, etc. |
| 130 | 7/24/12 | 0.1 | rev | RR cm/ecf ntc. |
| 131 | 7/24/12 | 0.7 | draf | Revise info letter to mediator; pas email with letter. |
| 132 | 7/24/12 | 0.1 | comm | Pas em to client. |
| 133 | 7/24/12 | 0.1 | rev | RR cm/ecf ntc of mot. |
| 134 | 7/24/12 | 0.3 | rev | RR formal rule 26 disclosures from D. |
| 135 | 7/24/12 | 0.5 | comm | Long tc w opc re Midland records after RR. |
| 136 | 7/25/12 | 0.1 | rev | RR em fm mediator. |
| 137 | 7/26/12 | 0.1 | comm | RR em fm opc; pas responding em. |
| 138 | 7/30/12 | 0.3 | comm | TC w opc re stlmt. |
| 139 | 7/30/12 | 0.2 | rev | RR various mots & docs re pro hac vice entry into case by opc Broussard. |
| 140 | 7/30/12 | 1.2 | prp | Preparing for mediation |
| 141 | 7/30/12 | 0.3 | comm | TC w client re mediation, today's negotiations |
| 142 | 7/31/12 | 0.8 | conf | Conference with client prior to mediation |
| 143 | 7/31/12 | 2.5 | atten | Attend mediation. |
| 144 | 7/31/12 | 0.5 | conf | Conf w client post-mediation. |
| 145 | 7/31/12 | 0.1 | comm | Rr em fm opc; pas em to client. |
| 146 | 7/31/12 | 0.1 | rev | RR cm/ecf order. |
| 147 | 7/31/12 | 0.1 | rev | RR 2nd cm/ecf order. |
| 148 | 8/1/12 | 0.1 | rev | RR em fm client. |
| 149 | 8/1/12 | 0.3 | comm | TC w client. |
| 150 | 8/1/12 | 0.2 | comm | TC w opc. |
| 151 | 8/1/12 | 0.1 | comm | Pas em to client. |
| 152 | 8/1/12 | 0.4 | comm | Further telecon w client. |
| 153 | 8/1/12 | 0.2 | comm | TC opc. |
| 154 | 8/1/12 | 0.1 | draf | NF ("Note to file"). |
| 155 | 8/1/12 | 0.4 | comm | TC mediator Grilli; tc client. |
| 156 | 8/1/12 | 0.2 | comm | TC mediator Grilli. |
| 157 | 8/1/12 | 0.1 | draf | NF re ongoing negotiations. |
| 158 | 8/1/12 | 0.5 | rev | RR em fm mediator; open and review pp ("proposed") confidential stlmt agrmt & release. |
| 159 | 8/1/12 | 0.3 | comm | Pas em to client. |
| 160 | 8/2/12 | 0.5 | comm | Multiple tc's ("telephone conversations") with mediator Grilli, client re ongoing negotiations; notes to file |
| 161 | 8/2/12 | 0.1 | rev | RR em fm client. |
| 162 | 8/2/12 | 0.1 | rev | RR cm/ecf ntc. |
| 163 | 8/2/12 | 0.1 | rev | RR em fm mediator re stlmt. |

3

|   | DATE | TIME | ACTIVITY | NOTES |
|---|------|------|----------|-------|
| 1 |      |      |          |       |
| 2 | ACTIVITY |  | CODES: | admin, "administrative activities"; comm, "communicating"; draf, "drafting"; resear, "researching"; rev, "reviewing". |
| 164 | 8/2/12 | 0.2 | draf | Pas em to client re stlmt, release & stlmt agrmt, W-9, etc. |
| 165 | 8/2/12 | 0.2 | comm | RR em fm opc; pas em to client. |
| 166 | 8/2/12 |  |  | MEDIATION SETTLEMENT REPORT FILED WITH COURT (DKT. #23) |
| 167 | 8/3/12 | 0.1 | rev | RR em fm client; open & rev W-9 form. |
| 168 | 8/3/12 | 0.1 | comm | Pas em to client. |
| 169 | 8/3/12 | 0.1 | rev | RR em fm client. |
| 170 | 8/3/12 | 0.1 | comm | Pas em to opc with executed W-9 of client. |
| 171 | 8/4/12 | 0.1 | rev | RR cm/ecf order entered dismissing case. |
| 172 | 8/20/12 | 0.3 | comm | Pas em to opc. |
| 173 | 8/20/12 | 0.1 | comm | RR em fm opc; pas em to client. |
| 174 | 8/20/12 | 0.7 | rev | RR email; rev & make revisions to proposed settlement agrmt and release. |
| 175 | 8/20/12 | 0.4 | comm | Pas em to opc with revised stlmt agrmt; pas em to client. |
| 176 | 8/20/12 | 0.1 | comm | RR em fm opc; pas em to client. |
| 177 | 8/22/12 | 0.1 | rev | RR em fm client re stlmt agrmt. |
| 178 | 8/22/12 | 0.2 | draf | Revise stlmt agrmt per client's request. |
| 179 | 8/22/12 | 0.3 | comm | Pas emails to opc and client. |
| 180 | 8/23/12 | 0.1 | rev | RR em fm client. |
| 181 | 8/27/12 | 0.1 | rev | RR em fm opc. |
| 182 | 9/4/12 | 1.2 | rev | Reviewing and correcting time and billing records |
| 183 | 9/4/12 | 0.6 | draf | Draft affid ("affidavit") of time and costs. |
| 184 | 9/5/12 | 0.4 | comm | Pas em to client; pas em to opc; fwd ("forward") copy of em to client. |
| 185 | 9/5/12 | 0.1 | comm | RR em fm opc; pas responding em; pas em to client. |
| 186 | 9/5/12 | 0.1 | rev | RR em fm client. |
| 187 | 9/5/12 | 0.1 | rev | RR signed settlement agrmt. |
| 188 | 9/5/12 | 0.2 | comm | Pas em to opc with copy of signed stlmt agrmt; pas em to client. |
| 189 | 9/5/12 | 0.1 | draf | Note to file read deadline for response to stlmt agrmt. |
| 190 | 9/5/12 | 0.1 | comm | TC w opc re stlmt agrmt sent. |
| 191 | 9/5/12 | 0.8 | draf | Prp affid in support of fees rate and total hours. |
| 192 | 9/5/12 | 1.5 | resear | Legal rsrch on issue of multiple lawsuits for collection activity on multiple debts with reference to fees. |
| 193 | 9/5/12 | 1.0 | draf | Begin drafting mot for award of costs and fees. |
| 194 | 9/6/12 | 2.0 | draf | Complete drafting mot for award of costs and fees. |
| 195 | 9/6/12 | 0.7 | rev | Reading cases on issues relating to award of fees. |
| 196 | 9/7/12 | 1.0 | conf | Conference with attorney re unsworn declaration regarding fees. |
| 197 |  |  |  |  |
| 198 | TOTAL | 71.7 | HOURS |  |

4

| | DATE | TIME | ACTIVITY | NOTES |
|---|---|---|---|---|
| 1 | DATE | TIME | ACTIVITY | NOTES |
| 2 | 4/11/12 | 0.2 | admin | Filing mot w cm/ecf system. |
| 3 | 5/16/12 | 0.2 | admin | Prp CMR for filing & file in cm/ecf system. |
| 4 | 5/16/12 | 0.5 | admin | Print, sign, scan, prp for filing, and file amded cx. |
| 5 | 7/31/12 | 2.5 | atten | Attend mediation. |
| 6 | | | 3.4 | TOTAL ADMINISTRATIVE TIME |
| 7 | | | | |
| 8 | ACTIVITY | | CODES: | admin, "administrative activities"; comm, "communicating"; draf, "drafting"; resear, "researching"; rev, "reviewing". |
| 9 | 1/16/12 | 0.1 | comm | RR ("Receive and review") em ("email") fm ("from") client; pas ("prepare and send") responding em. |
| 10 | 1/25/12 | 0.1 | comm | Pas em to client. |
| 11 | 1/25/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 12 | 2/3/12 | 0.1 | comm | Pas em to client. |
| 13 | 2/3/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 14 | 2/3/12 | 0.5 | comm | TC client re suits, causes of acj. |
| 15 | 2/5/12 | 0.1 | comm | Pas em to client. |
| 16 | 2/5/12 | 0.1 | comm | Pas em to client. |
| 17 | 2/5/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 18 | 2/5/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 19 | 2/5/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 20 | 2/5/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 21 | 2/5/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 22 | 2/5/12 | 0.2 | comm | RR em fm client; pas responding em to client. |
| 23 | 2/5/12 | 0.3 | comm | Pas em to client. |
| 24 | 2/5/12 | 0.3 | comm | RR em fm client; pas responding em. |
| 25 | 2/5/12 | 0.3 | comm | RR em fm client; pas responding em. |
| 26 | 2/5/12 | 0.4 | comm | RR em fm client; pas responding em in detail. |
| 27 | 2/6/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 28 | 2/16/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 29 | 2/17/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 30 | 2/17/12 | 0.2 | comm | RR em fm client; pas em to him; nf. |
| 31 | 3/1/12 | 0.1 | comm | RR em fm opc ("opposing counsel"); pas responding em. |
| 32 | 3/1/12 | 0.2 | comm | RR vm ("voice mail") fm opc; call and speak with opc. |
| 33 | 3/6/12 | 0.1 | comm | Pas em to client. |
| 34 | 3/6/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 35 | 3/8/12 | 0.4 | comm | RR vm and em fm opc; ac ("attempt to call") opc, leave vm; pas em to opc; pas em to client. |
| 36 | 3/22/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 37 | 3/26/12 | 0.3 | comm | RR em fm client; pas responding em. |
| 38 | 3/27/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 39 | 3/28/12 | 0.1 | comm | RR em fm opc. |
| 40 | 3/28/12 | 0.3 | comm | RR 2 emails fm diff opc's; pas responding ems to each. |
| 41 | 3/28/12 | 0.3 | comm | Several ems back & forth w opc re form of mot 2 xfer. |
| 42 | 3/28/12 | 0.4 | comm | Pas em to opc re stlmt ("settlement"), other mtrs ("matters"); pas em to client. |
| 43 | 3/28/12 | 0.6 | comm | Finalize mots ("motions") & ntcs ("notices") re xferring ("transferring") cases; prp for filing pprs online. |
| 44 | 3/29/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 45 | 3/29/12 | 0.3 | comm | RR em fm client; pas responding em. |
| 46 | 4/11/12 | 0.3 | comm | AC opc; tc opc; nf. |
| 47 | 4/11/12 | 0.3 | comm | Pas em to opc re CMC. |
| 48 | 4/18/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 49 | 4/18/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 50 | 4/24/12 | 0.1 | comm | RR em fm opc; as em to opc. |
| 51 | 4/24/12 | 0.3 | comm | Pas em to opc with copy of rough CMR ("Case Management Report"); pas em to client. |
| 52 | 4/25/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 53 | 4/25/12 | 0.2 | comm | Pas em to opc w revised CMR; pas em to client. |
| 54 | 5/15/12 | 0.2 | comm | Pas em to client re O, amded cx. |
| 55 | 5/16/12 | 0.1 | comm | Another tc w client. |
| 56 | 5/16/12 | 0.1 | comm | Pas em to client. |
| 57 | 5/16/12 | 0.1 | comm | TC client re amded cx. |
| 58 | 6/9/12 | 0.5 | comm | RR em fm opc re protective O; pas responding em; nf ("note to file"). |
| 59 | 6/11/12 | 0.2 | comm | Pas em 2 client re O referring case 2 mediaj |
| 60 | 6/11/12 | 0.2 | comm | Pas em to client re O referring case to mediation. |

| 1 | DATE | TIME | ACTIVITY | NOTES |
|---|---|---|---|---|
| 61 | 6/20/12 | 0.5 | comm | Pas em to client re mediation. |
| 62 | 7/19/12 | 0.3 | comm | Two tc's w opc re discovery, Rule 26 disclo ("disclosure"), mediation |
| 63 | 7/19/12 | 0.2 | comm | RR em fm opc; pas responding em; nf. |
| 64 | 7/19/12 | 0.2 | comm | RR em fm client; pas responding em. |
| 65 | 7/19/12 | 0.1 | comm | RR em fm client; pas responding em. |
| 66 | 7/19/12 | 0.5 | comm | RR em fm client; pas em to opc; pas em to client. |
| 67 | 7/20/12 | 0.1 | comm | AC opc re Rule 26 disclosures. |
| 68 | 7/21/12 | 0.3 | comm | Pas good faith em to opc; nf. |
| 69 | 7/23/12 | 0.4 | comm | RR and respond to several emails from opc re mediation, discovery, scheduling |
| 70 | 7/24/12 | 0.1 | comm | TC opc. |
| 71 | 7/24/12 | 0.1 | comm | AC opc. |
| 72 | 7/24/12 | 0.6 | comm | TC w opc re case, records, upcoming mediation. |
| 73 | 7/24/12 | 0.2 | comm | Pas em to opc. |
| 74 | 7/24/12 | 0.1 | comm | Pas em to client. |
| 75 | 7/24/12 | 0.3 | comm | TC client prior to telecon with opc. |
| 76 | 7/24/12 | 0.5 | comm | Long tc w client re negotiations, mediation, etc. |
| 77 | 7/24/12 | 0.1 | comm | Pas em to client. |
| 78 | 7/24/12 | 0.5 | comm | Long tc w opc re Midland records after RR. |
| 79 | 7/26/12 | 0.1 | comm | RR em fm opc; pas responding em. |
| 80 | 7/30/12 | 0.3 | comm | TC w opc re stlmt. |
| 81 | 7/30/12 | 0.3 | comm | TC w client re mediation, today's negotiations |
| 82 | 7/31/12 | 0.1 | comm | Rr em fm opc; pas em to client. |
| 83 | 8/1/12 | 0.3 | comm | TC w client. |
| 84 | 8/1/12 | 0.2 | comm | TC w opc. |
| 85 | 8/1/12 | 0.1 | comm | Pas em to client. |
| 86 | 8/1/12 | 0.4 | comm | Further telecon w client. |
| 87 | 8/1/12 | 0.2 | comm | TC opc. |
| 88 | 8/1/12 | 0.4 | comm | TC mediator Grilli; tc client. |
| 89 | 8/1/12 | 0.2 | comm | TC mediator Grilli. |
| 90 | 8/1/12 | 0.3 | comm | Pas em to client. |
| 91 | 8/2/12 | 0.5 | comm | Multiple tc's ("telephone conversations") with mediator Grilli, client re ongoing negotiations; notes to file |
| 92 | 8/2/12 | 0.2 | comm | RR em fm opc; pas em to client. |
| 93 | 8/3/12 | 0.1 | comm | Pas em to client. |
| 94 | 8/3/12 | 0.1 | comm | Pas em to opc with executed W-9 of client. |
| 95 | 8/20/12 | 0.3 | comm | Pas em to opc. |
| 96 | 8/20/12 | 0.1 | comm | RR em fm opc; pas em to client. |
| 97 | 8/20/12 | 0.4 | comm | Pas em to opc with revised stlmt agrmt; pas em to client. |
| 98 | 8/20/12 | 0.1 | comm | RR em fm opc; pas em to client. |
| 99 | 8/22/12 | 0.3 | comm | Pas emails to opc and client. |
| 100 | 9/5/12 | 0.4 | comm | Pas em to client; pas em to opc; fwd ("forward") copy of em to client. |
| 101 | 9/5/12 | 0.1 | comm | RR em fm opc; pas responding em; pas em to client. |
| 102 | 9/5/12 | 0.2 | comm | Pas em to opc with copy of signed stlmt agrmt; pas em to client. |
| 103 | 9/5/12 | 0.1 | comm | TC w opc re stlmt agrmt sent. |
| 104 | | | 21.7 | **TOTAL COMMUNICATING TIME** |
| 105 | | | | |
| 106 | 4/25/12 | 0.8 | conf | Pfa ("Prepare for and attend") Rule 26 phone conf w opc. |
| 107 | 7/31/12 | 0.8 | conf | Conference with client prior to mediation |
| 108 | 7/31/12 | 0.5 | conf | Conf w client post-mediation. |
| 109 | 9/7/12 | 1.0 | conf | Conference with attorney re unsworn declaration regarding fees. |
| 110 | | | 3.1 | **TOTAL CONFERENCING TIME** |
| 111 | | | | |
| 112 | 2/5/12 | 0.3 | draf | Revising draft of cx. |
| 113 | 2/5/12 | 2.5 | draf | Drafting cx; re-drafting after further info recei fm client. |
| 114 | 3/1/12 | 0.1 | draf | Note to file re tc ("telephone conversation") w ("with") opc. |
| 115 | 3/27/12 | 0.8 | draf | Prp ("Prepare") & file ntc ("notice") of pendency of related acjs ("actions"). |
| 116 | 3/27/12 | 1.5 | draf | Prp ntc of related cases & mot 2 xfer; prp em to opc; nf. |
| 117 | 3/28/12 | 0.7 | draf | Prp em in resp to em recei fm opc re various issues. |
| 118 | 4/11/12 | 1.5 | draf | Prp mot to consolidate. |
| 119 | 4/24/12 | 1.0 | draf | Prp rough draft of CMR for CMC ("Case Management Conference"). |
| 120 | 5/15/12 | 3.8 | draf | Prp ("Prepare") amded ("amended") cx. |

Bauer-Midland BY ACTIVITY CODES - Sheet1

| 1 | DATE | TIME | ACTIVITY | NOTES |
|---|---|---|---|---|
| 121 | 5/16/12 | 0.2 | draf | Finalize CMR. |
| 122 | 5/16/12 | 0.3 | draf | Revise and finalize amded cx. |
| 123 | 6/20/12 | 0.6 | draf | Prp and file ntc of mediation in compliance with the court's order. |
| 124 | 6/21/12 | 1.2 | draf | Assemble docs and prp Rule 26 disclosures; prp corr to opc |
| 125 | 6/21/12 | 1.5 | draf | Prp 1st RFP and interrogs; pas with email to opc. |
| 126 | 7/19/12 | 1.5 | draf | Drafting corr to mediator prior to mediation |
| 127 | 7/21/12 | 1.0 | draf | Prp mot to compel Rule 26 disclosures and for sanctions, to be filed if no resolution. |
| 128 | 7/24/12 | 0.7 | draf | Revise info letter to mediator; pas email with letter. |
| 129 | 8/1/12 | 0.1 | draf | NF ("Note to file"). |
| 130 | 8/1/12 | 0.1 | draf | NF re ongoing negotiations. |
| 131 | 8/2/12 | 0.2 | draf | Pas em to client re stlmt, release & stlmt agrmt, W-9, etc. |
| 132 | 8/22/12 | 0.2 | draf | Revise stlmt agrmt per client's request. |
| 133 | 9/4/12 | 0.6 | draf | Draft affid ("affidavit") of time and costs. |
| 134 | 9/5/12 | 0.1 | draf | Note to file read deadline for response to stlmt agrmt. |
| 135 | 9/5/12 | 0.8 | draf | Prp affid in support of fees rate and total hours. |
| 136 | 9/5/12 | 1.0 | draf | Begin drafting mot for award of costs and fees. |
| 137 | 9/6/12 | 2.0 | draf | Complete drafting mot for award of costs and fees. |
| 138 | | | 24.3 | **TOTAL DRAFTING TIME** |
| 139 | | | | |
| 140 | 7/30/12 | 1.2 | prp | Preparing for mediation |
| 141 | 2/5/12 | 0.2 | resear | Search, locate & print corp info re D. |
| 142 | 3/26/12 | 3.0 | resear | Researching fed law re various issues relating to multiple actions filed. |
| 143 | 3/28/12 | 1.5 | resear | Legal rsrch on protective orders & confidentiality agrmts. |
| 144 | 9/5/12 | 1.5 | resear | Legal rsrch on issue of multiple lawsuits for collection activity on multiple debts with reference to fees. |
| 145 | | | 7.4 | **TOTAL PREPARATING AND RESEARCHING TIME** |
| 146 | | | | |
| 147 | 1/16/12 | 0.3 | rev | RR em & docs fm client. |
| 148 | 1/25/12 | 0.4 | rev | RR copy of pp ("proposed") cx ("complaint") fm client. |
| 149 | 1/31/12 | 0.1 | rev | RR em fm client. |
| 150 | 2/3/12 | 0.1 | rev | RR em fm client. |
| 151 | 2/3/12 | 0.2 | rev | Reviewing credit reports sent by client. |
| 152 | 2/3/12 | 0.3 | rev | RR multi-page TU ("TransUnion") cred rprt ("credit report") sent by client. |
| 153 | 2/8/12 | 0.1 | rev | RR em fm client. |
| 154 | 2/17/12 | 0.1 | rev | RR costs ck sent by client. |
| 155 | 3/2/12 | 0.1 | rev | RR em fm client. |
| 156 | 3/11/12 | 0.1 | rev | RR em fm opc. |
| 157 | 3/12/12 | 0.1 | rev | RR rop 4 svc of c&s. |
| 158 | 3/26/12 | 0.3 | rev | RR ntc to st ("state") crt ("court") of removal, docs filed w fed crt. |
| 159 | 3/28/12 | 0.1 | rev | RR em fm opc. |
| 160 | 3/29/12 | 0.1 | rev | RR O on mot 4 extension of time. |
| 161 | 4/20/12 | 0.1 | rev | RR cm/ecf adf for 614 case. |
| 162 | 4/20/12 | 0.1 | rev | RR cm/ecf adf for 615 case. |
| 163 | 5/15/12 | 0.1 | rev | RR O entered by crt re mot 2 consolidate. |
| 164 | 5/16/12 | 0.1 | rev | RR cm/ecf ntc re amded cx. |
| 165 | 5/16/12 | 0.1 | rev | RR cm/ecf ntc re CMR filed. |
| 166 | 5/19/12 | 0.3 | rev | RR O ("order") & various ntcs regarding consolidation of 3 acjs. |
| 167 | 6/4/12 | 0.1 | rev | RR cm/ecf ntc. |
| 168 | 6/6/12 | 0.3 | rev | RR cm/ecf ntc and case mgmt ("management") & scheduling O. |
| 169 | 6/11/12 | 0.3 | rev | RR O referring case to mediation. |
| 170 | 6/11/12 | 0.2 | rev | RR em/ecf O referring case to mediation. |
| 171 | 6/13/12 | 0.5 | rev | RR adf to amded cx. |
| 172 | 6/20/12 | 0.2 | rev | RR corr ("correspondence") and info fm mediator Peter Grilli |
| 173 | 6/20/12 | 0.1 | rev | RR cm/ecf ntc. |
| 174 | 6/21/12 | 0.1 | rev | RR em fm opc. |
| 175 | 6/24/12 | 0.1 | rev | RR em fm client. |
| 176 | 7/24/12 | 0.5 | rev | RR some records fm D ("defendant"). |
| 177 | 7/24/12 | 0.6 | rev | RR additional records fm D. |
| 178 | 7/24/12 | 0.2 | rev | Rev interrogatories previously propounded to Midland. |
| 179 | 7/24/12 | 0.1 | rev | RR cm/ecf ntc. |
| 180 | 7/24/12 | 0.1 | rev | RR cm/ecf ntc of mot. |

| 1 | DATE | TIME | ACTIVITY | NOTES |
|---|---|---|---|---|
| 181 | 7/24/12 | 0.3 | rev | RR formal rule 26 disclosures from D. |
| 182 | 7/25/12 | 0.1 | rev | RR em fm mediator. |
| 183 | 7/30/12 | 0.2 | rev | RR various mots & docs re pro hac vice entry into case by opc Broussard. |
| 184 | 7/31/12 | 0.1 | rev | RR cm/ecf order. |
| 185 | 8/1/12 | 0.1 | rev | RR em fm client. |
| 186 | 8/1/12 | 0.5 | rev | RR em fm mediator; open and review pp ("proposed") confidential stlmt agrmt & release. |
| 187 | 8/2/12 | 0.1 | rev | RR em fm client. |
| 188 | 8/2/12 | 0.1 | rev | RR cm/ecf ntc. |
| 189 | 8/2/12 | 0.1 | rev | RR em fm mediator re stlmt. |
| 190 | 8/3/12 | 0.1 | rev | RR em fm client; open & rev W-9 form. |
| 191 | 8/3/12 | 0.1 | rev | RR em fm client. |
| 192 | 8/4/12 | 0.1 | rev | RR cm/ecf order entered dismissing case. |
| 193 | 8/20/12 | 0.7 | rev | RR email; rev & make revisions to proposed settlement agrmt and release. |
| 194 | 8/22/12 | 0.1 | rev | RR em fm client re stlmt agrmt. |
| 195 | 8/23/12 | 0.1 | rev | RR em fm client. |
| 196 | 8/27/12 | 0.1 | rev | RR em fm opc. |
| 197 | 9/4/12 | 1.2 | rev | Reviewing and correcting time and billing records |
| 198 | 9/5/12 | 0.1 | rev | RR em fm client. |
| 199 | 9/5/12 | 0.1 | rev | RR signed settlement agrmt. |
| 200 | 9/6/12 | 0.7 | rev | Reading cases on issues relating to award of fees. |
| 201 | 6/21/12 | 0.1 | rev | RR em fm opc re Rule 26 disclosures. |
| 202 | 7/31/12 | 0.1 | rev | RR 2nd cm/ecf order. |
| 203 | | | 11.8 | TOTAL REVIEWING TIME |
| 204 | | | | |
| 205 | TOTAL | 71.7 | | 71.7 hours less 3.4 administrative hours = 68.3 hours x $400 = $27,320 |