UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID BAUER,

    Plaintiff,

v.                                                                            CASE NO.: 8:12-cv-614-T-23TGW

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.
_____/

## **ORDER**

    The plaintiff moves (Doc. 29) for attorney fees and costs following settlement of the plaintiff's substantive claims in this action. Magistrate Judge Thomas G. Wilson considered the matter and issued a report and recommendation (Doc. 30). The parties interject no objections. The report and recommendation (Doc. 30), which is legally and factually sound, is **ADOPTED**. Accordingly, the clerk is directed to enter judgment in favor of the plaintiff and against the defendant in the amount of $16,392.00 for attorney fees and in the amount of $1,050.00 for costs.

    ORDERED in Tampa, Florida, on December 28, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE